UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

PLAINTIFF'S NAME

JENCO, RENATA L.

CIVIL ACTION

V.

NO._____

Defendant's Name

Massachusetts Society for the Prevention of Cruelty to Children (MSPCC)

## COMPLAINT

### Parties

1. The plaintiff, Renata L. Jenco, is a resident of Chicopee, Hampden County, Massachusetts and a citizen of the United States.

2. The defendant, MSPCC, Corporate office is in Boston, Massachusetts.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332.

### Facts

4. Plaintiff was hired as a full-time supervisor on January 2, 2002. Through approval of Plaintiff's former employer, Plaintiff lessened work hours to 30 hrs./week (work hours 9-3) in January 2006 upon returning from FMLA due to the birth of Plaintiff's second child. Plaintiff's work performance, per performance evaluations, demonstrated Plaintiff "exceeded expectations" consistently through March 2007 and **never** received any disciplinary action.

5. Plaintiff initiated a leave of absence on September 24, 2008. This leave was supported by three providers (PCP, Psychiatrist and LICSW) and documentation was forwarded to Defendant. The leave was supported through January 5, 2009. The defendant terminated Plaintiff's employment on December 19, 2008 reporting inability to keep said position vacant (of note, said position had not been filled to date). This leave was initiated to seek assistance from work related stress due to unequal terms and conditions endured by Plaintiff's former supervisor, Ms. Bachmann-Baez. Stressful work conditions began in January 2007 and lasted until September 2008. Despite numerous reports made to three Human Resource managers, Amy Klein, Katherine McIntyre, Karen Litchfield and two Corporate level staff, Monica Roizner and Jane Eckart by Plaintiff, no remedy provided and shift of blame focused on Plaintiff to ultimate termination.

The Plaintiff is seeking monetary relief in the sum of $250, 000.
WHEREFORE, the Plaintiff demands judgment against the defendants for damages and such other relief as the Court deems just.

6. The plaintiff demands a trial by jury.

Signature _/s/ Renata Jenco_

Name    Renata L. Jenco
        5 Newell Street
        Chicopee, MA 01013

Telephone (413) 552-0182